1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  2510 Wigwam Parkway, Suite 206
   Henderson, Nevada 89074
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEQUOIA DOBBINS, an individual;<br><br>Plaintiff;<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01487-RFB-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC** |

Plaintiff, Sequoia Dobbins and Defendant, Trans Union LLC ("Trans Union") have reached an agreement in principle to resolve this action as to Trans Union only. Plaintiff and Trans Union anticipate that settlement documents will be finalized within the next thirty (30) days.

///

///

///

///

///

///

///

///

Therefore, Plaintiff and Trans Union request that the Court vacate all pending deadlines and filing requirements as to Trans Union. Plaintiff and Trans Union further request that the Court set a deadline thirty (30) days from today for either dismissing this action between Plaintiff and Trans Union with prejudice or filing a joint status report regarding settlement.

| Dated: October 17, 2017 | Dated: October 17, 2017 |
|---|---|
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **LEWIS BRISBOIS BISGAARD**<br>**& SMITH LLP** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>2510 Wigwam Parkway, Suite 206<br>Henderson, Nevada 89074<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* | */s/ Jason G. Revzin*_____<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>jason.revzin@lewisbrisbois.com<br>*Attorneys for Defendant Trans Union LLC* |

**IT IS ORDERED** that the settling parties shall have until **November 20, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: October 18, 2017

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC** was electronically served to the following parties:

Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Michael D. Rawlins, Esq.
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue
Suite 200
Las Vegas, Nevada 89135
mrawlins@djplaw.com
*Attorneys for Defendant R.C. Willey Home Furnishings*

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: October 17, 2017

*/s/ Caesy Morales*_____.
An Employee of the Law Office of Kevin L. Hernandez