Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEQUOIA DOBBINS, an individual;<br><br>Plaintiff;<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01487-RFB-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff, Sequoia Dobbins and Defendant, Experian Information Solutions, Inc. ("Experian") have reached an agreement in principle to resolve this action as to Experian only. Plaintiff and Experian anticipate that settlement documents will be finalized within the next thirty (30) days.

///

///

///

///

///

///

///

///

1    Therefore, Plaintiff and Experian request that the Court vacate all pending deadlines and
2    filing requirements as to Experian. Plaintiff and Experian further request that the Court set a
3    deadline thirty (30) days from today for either dismissing this action between Plaintiff and
4    Experian with prejudice or filing a joint status report regarding settlement.

Dated: October 17, 2017                                  Dated: October 17, 2017

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**                                   **NAYLOR & BRASTER**

*/s/ Kevin L. Hernandez*                                 */s/ Andrew J. Sharples*
Kevin L. Hernandez, Esq.                                 Jennifer L. Braster, Esq.
Nevada Bar No. 12594                                     Nevada Bar No. 9982
2510 Wigwam Parkway, Suite 206                           Andrew J. Sharples, Esq.
Henderson, Nevada 89074                                  Nevada Bar No. 12866
kevin@kevinhernandezlaw.com                              1050 Indigo Drive, Suite 200
*Attorney for Plaintiff*                                 Las Vegas, Nevada 89145
                                                         jbraster@naylorandbrasterlaw.com
                                                         asharples@naylorandbrasterlaw.com
                                                         *Attorneys for Defendant Experian Information*
                                                         *Solutions, Inc.*

**IT IS ORDERED** that the settling parties shall have until **November 20, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: October 18, 2017

Peggy A. Leen
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** was electronically served to the following parties:

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Michael D. Rawlins, Esq.
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue
Suite 200
Las Vegas, Nevada 89135
mrawlins@djplaw.com
*Attorneys for Defendant R.C. Willey Home Furnishings*

Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Dated: October 17, 2017

/s/ Caesy Morales_____.
An Employee of the Law Office of Kevin L. Hernandez