Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEQUOIA DOBBINS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01487-RFB-PAL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

In accordance with Plaintiff and Experian Information Solutions, Inc. ("Experian") (the "Parties") October 17, 2017 Notice of Settlement [ECF No. 17], the Parties provide the following status report regarding settlement:

Since reaching an agreement in principle to resolve Plaintiff's claims, Experian prepared and forwarded a draft settlement agreement and release for Plaintiff's review. Plaintiff has executed the settlement agreement and is awaiting Experian's execution of the settlement agreement, along with the settlement funds from Experian in order to conclude the matter.

///

///

///

///

///

The Parties anticipate filing dismissal documents as soon as Plaintiff has received the fully executed agreement and settlement funds from Experian, which the Parties estimate will be completed within the next fourteen (14) days.

The Parties respectfully request an additional fourteen (14) days to allow for receipt of the fully executed agreement and settlement funds from Experian, and for the Parties to prepare dismissal documents.

Dated: November 20, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 20, 2017

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

**IT IS SO ORDERED** this 20th day of November, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

## CERTIFICATE OF SERVICE

The undersigned certifies that the preceding **JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** was served via the U.S. District Court CM/ECF filing system to the following parties:

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Michael D. Rawlins, Esq.
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue
Suite 200
Las Vegas, Nevada 89135
mrawlins@djplaw.com
*Attorneys for Defendant R.C. Willey Home Furnishings*

Dated: November 20, 2017

                                        */s/ Caesy Morales* .
                                        An Employee of the Law Office of Kevin L. Hernandez