1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  2510 Wigwam Parkway, Suite 206
   Henderson, Nevada 89074
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEQUOIA DOBBINS, an individual;<br><br>Plaintiff;<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01487-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Sequoia Dobbins ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

Therefore, Plaintiff and Experian, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 27, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 27, 2017

**DURHAM JONES & PINEGAR, P.C.**

*/s/Michael D. Rawlins*
Michael D. Rawlins, Esq.
Nevada Bar No. 5467
10785 W. Twain Avenue, Suite 200
Las Vegas, Nevada 89135
mrawlins@djplaw.com
*Attorneys for Defendant R.C. Willey Home Furnishings*

Dated: November 27, 2017

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), Experian is dismissed with prejudice. Plaintiff and Experian will bear their own attorneys' fees and costs incurred in this action.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 28th day of November, 2017.

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** was electronically served to the following parties:

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Michael D. Rawlins, Esq.
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue
Suite 200
Las Vegas, Nevada 89135
mrawlins@djplaw.com
*Attorneys for Defendant R.C. Willey Home Furnishings*

Dated: November 27, 2017

*/s/ Caesy Morales* .
An Employee of the Law Office of Kevin L. Hernandez

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408