1 Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2 **LAW OFFICE OF KEVIN L. HERNANDEZ**
3 2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
4 T: (702) 563-4450
F: (702) 552-0408
5 kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEQUOIA DOBBINS, an individual;<br><br>Plaintiff;<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01487-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT R.C. WILLEY HOME FURNISHINGS WITH PREJUDICE** |

Plaintiff, Sequoia Dobbins ("Plaintiff"), and Defendant, R.C. Willey Home Furnishings ("R.C. Willey") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

Therefore, Plaintiff and R.C. Willey, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to R.C. Willey, with Plaintiff and R.C. Willey bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 18, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 18, 2018

**DURHAM JONES & PINEGAR, P.C.**

*/s/Michael D. Rawlins*
Michael D. Rawlins, Esq.
Nevada Bar No. 5467
10785 W. Twain Avenue, Suite 200
Las Vegas, Nevada 89135
mrawlins@djplaw.com
*Attorneys for Defendant R.C. Willey Home Furnishings*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT R.C. WILLEY HOME FURNISHINGS

Pursuant to the stipulation of the Parties under FRCP 41(a), R.C. Willey is dismissed with prejudice. Plaintiff and R.C. Willey will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: 1/22/18

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT R.C. WILLEY HOME FURNISHINGS WITH PREJUDICE** was electronically served to the following parties:

Michael D. Rawlins, Esq.
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue
Suite 200
Las Vegas, Nevada 89135
mrawlins@djplaw.com
*Attorneys for Defendant R.C.*
*Willey Home Furnishings*

Dated: January 18, 2018

*/s/ Caesy Morales* .
An Employee of the Law Office of Kevin L. Hernandez